1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   SONIA INES CARBONELL,                    Case No. 17-cv-00064-BAS-BLM

                              Plaintiff,      **ORDER GRANTING SECOND**
12                                            **JOINT MOTION FOR**
                                              **EXTENSION OF TIME TO**
13                                            **RESPOND TO FIRST AMENDED**
          v.                                  **COMPLAINT**
14

15   COUNTY OF SAN DIEGO; TERM
     aka TREATMENT and
16   EVALUATION RESOURCE
     MANAGEMENT; OPTUM
17   HEALTH aka OPTUM; DR. SARA
     MALTZMAN; DR. RADA WEST;
18   DR. LEANN SKIMMING, and
     DOES 1 through 50, inclusive,
19
                              Defendants.
20

21

22

23         Before the Court is Plaintiff Carbonell and the Optum Defendants' motion to

24   extend Defendants' time to respond to Plaintiff's First Amended Complaint.[1] (ECF

25   No. 14.) Plaintiff and the Optum Defendants explain that Plaintiff and Defendant

26   County of San Diego are currently at trial in San Diego Superior Court, and that jury

27   _____

28   [1] Defendants County of San Diego and Sara Maltzman are not parties to this motion.

                              – 1 –

selection in that trial concluded on May 3, 2017. (*Id*. ¶ 4.)

Having reviewed the motion, and good cause appearing, the Court **GRANTS** the motion. *See* Fed. R. Civ. P. 6(b). Accordingly, Defendants shall file their responsive pleadings no later than **June 14, 2017**.

**IT IS SO ORDERED**.

**DATED:  May 9, 2017**

**Hon. Cynthia Bashant**
**United States District Judge**