

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonia Ines Carbonell<br><br>          **Plaintiff,**<br>v.<br>San Diego, County of; TERM aka Treatment and Evaluation Resource Management; OptumHealth aka Optum; Dr. Sara Maltzman; Dr. Rada West, OptumHealth TERM Psychologist; Dr. Le Ann Skimming, TERM Clinical Manager; Does 1 through 50, inclusive<br>          **Defendant.** | Civil Action No. 17-cv-00064-CAB-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff has had three opportunities to state claims for violation of 42 U.S.C. § 1981, 42 U.S.C. § 1983 and Title VI of the Civil Rights Act of 1964, without success. Accordingly, the motions are Granted and the SAC Is Dismissed With Prejudice. The Clerk of the Court shall Close this case. It Is So Ordered.

Date: 2/16/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez
          J. Gutierrez, Deputy